

# THE ATTORNEY GENERAL
# OF TEXAS

OPINION # O-6839 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.